# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand and fifteen.

_____

Federal Trade Commission, State of Connecticut,

    Plaintiffs-Appellees,

  v.

LeadClick Media, Inc., a California corporation Successor LeadClick Media, LLC, CoreLogic, Inc.,

    Defendants-Appellants,

LeanSpa, LLC, a Connecticut limited liability company, et al.,

    Defendants.

_____

**ORDER**

Docket Nos. 15-1009(L);
                15-1014(con)

    IT IS HEREBY ORDERED that the motions for an extension of time to file the reply briefs are GRANTED.  Both Appellants' reply briefs are due November 30, 2015.

    Appellant CoreLogic's unopposed motion for an extension of time to file the deferred appendix is also GRANTED.  The deferred appendix is due December 7, 2015.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

